IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY E. ROMERO,

        Plaintiff,

v.                                           No. 1:12-cv-0962 MCA/JGM

JANET NAPOLITANO, *Secretary*
*Department of Homeland Security*,

        Defendant.

## ORDER AMENDING CASE MANAGEMENT DEADLINES

The Court, having considered Plaintiff's unopposed motion for an enlargement of time to complete discovery (*doc. 33*), and good cause appearing, it is hereby ordered that the case management deadlines are amended as follows:

1. Discovery will be completed by June 20, 2014;

2. Motions related to discovery will be filed by July 7, 2014;

3. Pretrial motions other than discovery motions will be filed by July 21, 2014;

4. A Proposed Pretrial Order will be sent from Plaintiff to Defendant by September 22, 2014, and from Defendant to the Court by October 6, 2014.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE